**SEALED**

E-FILED
Thursday, 03 March, 2005  09:55:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

MAR - 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  05-300 19 |
| | ) | Violations:    18 U.S.C. § 922(g)(1) |
| JOHN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count I

On or about on July 12, 2004, in the Central District of Illinois, the defendant,

**JOHN ANDERSON,**

having previously been convicted in 2000 for the felony offense of delivery of a controlled substance, did knowingly possess, in and affecting commerce, a firearm, that is a Beretta 9 millimeter model 92FS semi-automatic handgun bearing serial number BER297242.

In violation of Title 18, United States Code, Section 922(g)(1).

### Count II

On or about on August 30, 2004, in the Central District of Illinois, the defendant,

**JOHN ANDERSON,**

having previously been convicted in 2000 for the felony offense of delivery of a controlled substance, did knowingly possess, in and affecting commerce, a firearm,

that is a Paratec-Four 45 caliber semi-automatic handgun bearing serial number

P125028.

In violation of Title 18, United States Code, Section 922(g)(1).

/s/   foreperson
FOREPERSON

Greg Harris

/s/ JAN PAUL MILLER
UNITED STATES ATTORNEY

GMG

- 2 -