UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 05-30019 |
| ) | |
| JOHN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO SET FOR CHANGE OF PLEA**

NOW COMES the Defendant JOHN ANDERSON, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to set this cause for a change of plea hearing. In support thereof, defendant states as follows:

1. This case is set for final pretrial on Friday, April 22, 2005 at 2:30 p.m. and for trial on Monday, May 2, 2005 at 9:00 a.m.;

2. Defendant intends to plead guilty by an open plea;

3. Defendant is in U.S. Marshals custody, but is also in the custody of Adams County;

4. It would be in the interest of judicial economy to allow the defendant to plead guilty to and resolve his federal charges prior to being transferred to state custody;

WHEREFORE, the defendant JOHN ANDERSON prays that this Honorable Court schedule a change of plea hearing in this cause as soon as convenient to the Court.

1

         Respectfully submitted,
         Richard H. Parsons

By:   s/ Douglas J. Beevers
     Douglas J. Beevers
     Assistant Federal Defender
     600 East Adams Street, 2nd Floor
     Springfield, Illinois  62701
     Telephone: (217) 492-5070
     Fax: (217) 492-5077
     E-mail: douglas_beevers@fd.org


PROOF OF SERVICE

 I hereby certify that on March 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

        By:  s/ Douglas J. Beevers