E-FILED
Monday, 16 May, 2005 02:25:12 PM
Clerk, U.S. District Court, ILCD

**SEALED** United States District Court
_____ CENTRAL DISTRICT OF ILLINOIS _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 05-30019 |
| John Anderson | ) | |
| | ) | |
| Defendant | ) | |

FILED
MAY 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2005 MAR -3 P 5:01
US MARSHALS SERVICE
CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest John Anderson, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with being a felon in possession of firearms in violation of Title 18, United States Code, Section(s) 922(g)(1).

**JOHN M. WATERS**
Name of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

March 3, 2005 in Springfield, Illinois
Date and Location

Bail fixed at $ <u>No Bail/Bond</u> by US Magistrate Judge Byron Cudmore.

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Quincy, IL

| Date Received 3-3-05 | Name of Arresting Officer  McQuern | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3-11-05 | Title of Arresting Officer  ISP | |