**E-FILED**
Thursday, 23 June, 2005  01:26:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  05-30019 |
| | ) | Vio:    18 U.S.C. § 922(g)(1) |
| JOHN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO CONTINUE THE SENTENCING

The United States of America by Jan Paul Miller, United States Attorney for the

Central District of Illinois and Gregory M. Gilmore, Assistant United States Attorney,

respectfully move this Court to continue the defendant's sentencing hearing eight weeks,

and is support thereof states:

1. On April 7, 2005, the defendant pled guilty to the indictment, charging him

with two counts of being a felon in possession of a firearm. This Court set the

defendant's sentencing for August 12, 2005.  The defendant is currently serving a State

sentence of seven years.

2.  On this date the undersigned spoke to the United States Probation Officer

assigned to prepare the presentence report ("PSR") in this matter. The undersigned

learned that due to a problem obtaining criminal history information from Las Vegas,

Nevada, the PSR will not be issued within the required time line for the sentencing to

occur in August. The criminal history information in Las Vegas is needed for the PSR,

as the defendant's convictions can effect not only his criminal history but his base

offense level.  The problem with Las Vegas is believed to have been resolved, although

the information has not yet been received.

3.  Based upon information provided to the Probation Officer from the Las Vegas

Probation Department, the Probation Officer believes a continuance of eight weeks is

needed to complete the PSR and meet the deadlines for objections, etc.

Based upon the foregoing the United States respectfully requests the Court

continue the defendant's sentencing eight weeks.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ Gregory M. Gilmore
Gregory M. Gilmore, Reg. No. 06217499
U.S. Attorney's Office
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
greg.gilmore@usdoj.gov

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas J. Beevers
Assistant Federal Public Defender
600 E. Adams
2nd Floor
Springfield, IL   62701

 s/ Gregory M. Gilmore